UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRANDON MORRIS** | **CIVIL ACTION NO. 3:19-cv-00266** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GRAPHIC PACKAGING INTERNATIONAL, LLC** | **MAG. JUDGE KAREN L. HAYES** |

### MOTION FOR SUMMARY JUDGMENT
### BY GRAPHIC PACKAGING INTERNATIONAL, LLC

NOW INTO COURT, through undersigned counsel, comes Graphic Packaging International, LLC ("GPI"), Defendant herein, which with respect moves this Court for summary judgment in this matter, granting judgment in favor of GPI dismissing the claims of the Plaintiff, Brandon Morris, and the Intervenor, Zurich American Insurance Company, on the basis that there is no genuine issue of material fact and that GPI is entitled to judgment in its favor as a matter of law, as is more fully shown by the Statement of Uncontested Material Facts, Memorandum in Support, and affidavits filed in support of this motion.

WHEREFORE, Graphic Packaging International, LLC prays that after due proceedings had, that judgment be rendered herein in its favor and against Plaintiff and Intervenor dismissing the claims of Plaintiff and Intervenor against Graphic Packaging International, LLC with prejudice and at the cost of Plaintiff and Intervenor, as well as for all such other relief as is necessary and just in these premises.

    Respectfully submitted,

    SHOTWELL, BROWN & SPERRY,
    A Professional Law Corporation
    1101 Royal Avenue (71201)
    P. O. Box 14140

Monroe, Louisiana 71207
Telephone: (318) 388-4700
Facsimile: (318) 388-4736


By: _____s/C. A. Martin, III_____
        C. A. Martin, III   No. 8970

Attorneys for Graphic Packaging International, LLC


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Summary Judgment by Graphic Packaging International, LLC was filed electronically and served by operation of the Court's CM/ECF system on this 10th day of September, 2019, on the following counsel of record:

      John F. Bruscato
      The Bruscato Law Firm
      709 Arkansas Avenue
      Monroe, Louisiana 71202
      john@bruscatolaw.com

      Jennifer L. Simmons
      Joseph L. Schrempp
      Melchiode Marks King LLC
      639 Loyola Avenue, Suite 2550
      New Orleans, Louisiana 70113
      jsimmons@mmkfirm.com
      jschrempp@mmkfirm.com


        _____s/C. A. Martin, III_____
        C. A. Martin, III   No. 8970